IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| COMMUNITY CONSTRUCTION CATASTROPHE DIVISION, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CV-170 (LAG) |
| | : | |
| SOUTHLAND PROPERTY MANAGEMENT, INC., PATRICK DAVIS, and ROLLING HILLS OF VALDOSTA CONDOMINIUM ASSOCIATION, INC., | : : : : : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is Defendant Patrick Davis' Motion for Extension of Time to Respond to Plaintiff's Motion to Dismiss Counterclaim (Motion). (Doc. 22). Therein, Defendant requests that the Court extend the deadline for Defendant to respond to Plaintiff's Motion to Dismiss Counterclaim (Doc. 19). (*Id.* at 1–2). Defendant represents that "his counsel need[s] additional time to review and respond to the Motion" and requests that the deadline be extended by fourteen (14) days to, and including, Friday, March 27, 2026. (*Id.* at 2). This is Defendant's first request for an extension on this Motion. (*See* Docket). Plaintiff has not responded. (*See* Docket).

Accordingly, Defendant's Motion for Extension of Time to Respond to Plaintiff's Motion to Dismiss Counterclaim (Doc. 22) is **GRANTED**. Defendant's Response to Plaintiff's Motion to Dismiss (Doc. 25) shall be considered timely filed.

**SO ORDERED**, this 16th day of April, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**

2

**UNITED STATES DISTRICT COURT**